### No. 8351.

### Mrs. D. Fleitas vs. W. F. Halsey.

When attachment is dissolved for non-compliance with the technical requirements of the law, the attaching creditor is liable for actual damage.

### No. 8630.

### G. McNeil et al. vs. Railroad Co.

Case of gross contributory negligence on the part of the party injured.

### No. 8016.

### C. F. Caruthers vs. Vaiden, Hawkins & Roberts.

This case involves questions of fact only.

### No. 8326.

### S. Hermann vs. S. Block.

Case decided upon the preponderance of evidence.

### No. 8682.

### J. A. Stevenson vs. Mrs. Cassidy and Husband.

Damages recovered by a neighbor, from a tenant who misuses the hydrant, privies, etc.

### No. 8014.

### E. D. Seixas et al. vs. T. S. Waterman et al.

Revocatory action prescribed by one year.

### No. 8820.

### Baton Rouge Oil Works for Monition.

Purchaser at tax sale, which is set aside, entitled to recover taxes paid by him and the value of useful improvements.

### No. 8723.

### Succession of Mary Unforsake.

The rights of an adopting parent, upon the property of an adopted child, cannot be determined upon a petition, merely setting forth that the under-tutor is about to have an inventory taken, and praying that the order for it be stayed.

### No. 8860.

### J. A. Stevenson vs. A. Shultz et al.

Parol evidence cannot be received to establish a verbal agreement to make repairs, made at the time of, and prior to signature of a written lease, when the latter admits the property to be in good repair and obliges the tenant to keep it so.